**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: N.E.M. PETITION OF : N.E.M., A CHILD IN CUSTODY | : No. 288 EAL 2022<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| IN THE INTEREST OF: N.E.M. PETITION OF OF : N.E.M., A CHILD IN CUSTODY | : No. 289 EAL 2022<br>:<br>: Petition for Allowance of Appeal<br>  From the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Did not the Superior Court err in denying the petition for specialized review under Pa.R.A.P. 1612 without issuing a memorandum opinion where petitioner had a right to review, such review falls under the abuse of discretion standard, and the juvenile court failed to make a record of its reasons or issue an opinion for the Superior Court to review?